FILED by KS   D.C.

Aug 4, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**21-20414-CR-GAYLES/TORRES**

CASE NO. _____

18 U.S.C. § 641
18 U.S.C. § 981(a)(1)(C)

**UNITED STATES OF AMERICA**

vs.

**KYLE MELKONIAN,**

      **Defendant.**

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Theft of Government Funds
### (18 U.S.C. § 641)

From on or about November 3, 2006, through on or about January 3, 2020, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**KYLE MELKONIAN,**

did knowingly and willfully receive, conceal, and retain with the intent to convert to his own use and gain money of the United States and a department and agency thereof, that is, the United States Social Security Administration, the aggregate amount of which exceeded $1,000, that is, Social Security Benefits payable to an individual with the initials "P.M." knowing the money to have been stolen, purloined and converted, in violation of Title 18, United States Code, Section 641.

## FORFEITURE ALLEGATIONS

1. The allegations in this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **KYLE MELKONIAN**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 641, as alleged in this Indictment, the defendant shall forfeit to the United States of America any property, real and personal, which constitutes or is derived from proceeds traceable to such violation, pursuant to Title 18, United States Code, Section 981 (a)(l)(C).

3. All pursuant to Title 18, United States Code, Section 981(a)(l)(C); and the procedures set forth at Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

_____
HILLARY T. IRVIN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

KYLE MELKONIAN,

              Defendant.
_____/

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

Court Division: (Select One)
    X  Miami    ___ Key West
    ___ FTL    ___WPB    ___FTP

New defendant(s)    Yes ___    No ___
Number of new defendants    ___
Total number of counts    ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   No
   List language and/or dialect   _____

4. This case will take __4-5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   | | | |
   |---|---|---|
   | I | 0 to 5 days | X |
   | II | 6 to 10 days | ___ |
   | III | 11 to 20 days | ___ |
   | IV | 21 to 60 days | ___ |
   | V | 61 days and over | ___ |

   (Check only one)
   | | |
   |---|---|
   | Petty | ___ |
   | Minor | ___ |
   | Misdem. | ___ |
   | Felony | X |

6. Has this case previously been filed in this District Court?  (Yes or No)  No
   If yes: Judge _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?  Yes ___  No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  Yes ___  No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  Yes ___  No ✓

_____
HILLARY IRVIN
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5502595

*Penalty Sheet(s) attached

REV 6/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**  Kyle Melkonian

**Case No:** _____

Count #: 1

Theft of Government Funds

Title 18, United States Code, Section 641

*__Max. Penalty:__ 10 years' imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.