UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20414-CR-GAYLES

**UNITED STATES OF AMERICA**

v.

**KYLE MELKONIAN**,

    Defendant.
_____/

**ORDER**

    **THIS CAUSE** comes before the Court on Magistrate Judge Lauren F. Louis' Report and Recommendation (the "Report"). [ECF No. 116]. On November 29, 2023, Defendant/Trustee Kyle Melkonian filed his Petition for Remission (the "Petition"). [ECF No. 105]. Subsequently, the Government filed its Motion to Dismiss and Response to the Petition on December 29, 2023 (the "Motion"). [ECF No. 108]. The Defendant/Trustee then filed his response to the Motion, [ECF No. 112], to which the Government filed a reply, [ECF No. 114]. On February 13, 2024, the Court referred the Petition and the Motion to Judge Louis for a ruling. [ECF No. 113]. On July 15, 2024, Judge Louis issued her Report recommending that the Court deny the Defendant/Trustee's Petition and grant the Government's Motion. [ECF No. 116]. On September 27, 2024, the Defendant/Trustee filed his Written Objections to the Report (the "Objections"). [ECF No. 119].

    A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific

1

objections are made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

This Court, having conducted a *de novo* review of the record, agrees with Judge Louis' well-reasoned analysis. The Court agrees that the Petition should be denied, and the Motion should be granted.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant/Trustee Kyle Melkonian's Written Objections, [ECF No. 119], are **OVERRULED**;

2. Magistrate Judge Lauren F. Louis' Report and Recommendation, [ECF No. 116], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference;

3. Defendant/Trustee Kyle Melkonian's Petition for Remission, [ECF No. 105], is **DENIED**; and

4. The United States of America's Motion to Dismiss and Response to Petition, [ECF No. 108], is **GRANTED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of October, 2024.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE